UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
HORACIO ALBERTO CRESPO, et al.,

                Plaintiffs,

     - against -

THE REPUBLIC OF ARGENTINA,

               Defendant.

------------------------------------------------------------------------ X

07 Civ. 11457 (TPG)

CERTIFICATE OF
SERVICE

       I, Andrew M. Scott, an attorney admitted to practice in the State of New York and the Assistant Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, attorneys for The Republic of Argentina, hereby certify that:

       1. On the 4th day of March 2008, the Answer of Defendant was served by First Class Mail upon:

                Silvia L. Bollatti, Esq.
                Bollatti & Griffith, LLP
                45 Broadway, Suite 2200
                New York, NY  10006

       2. This service was made by an assistant managing clerk of this firm under my general supervision.

Dated:   New York, New York
           March 5, 2008

                                                         /s/Andrew M. Scott
                                                            Andrew M. Scott