UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
HORACIO ALBERTO CRESPO, MIRTA GUADALUPE :
FORNARA, MARIA L. CRESPO and MARIA CRESPO, :
: 07 Civ. 11457
                Plaintiffs, :
: **NOTICE OF**
   -against- : **MOTION FOR**
: **SUMMARY JUDGMENT**
THE REPUBLIC OF ARGENTINA, :
:
              Defendant. :
------------------------------------------------------------------------x

      PLEASE TAKE NOTICE that, upon the annexed Declaration of Horacio Alberto Crespo, dated December 19, 2014, Plaintiffs' Statement of Material Facts as to Which There is No Genuine Dispute Pursuant to Local Civil Rule 56.1, and the Memorandum of Law in Support of Plaintiffs' Motion for Summary Judgment submitted herewith, plaintiffs Horacio Alberto Crespo, Mirta Guadalupe Fornara, Maria L. Crespo and Maria Crespo will move this Court at the United States Courthouse, 500 Pearl Street, Courtroom 26B, New York, New York on February 9, 2015 at 10:00 AM or at another date and time set by the Court for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting them summary judgment in the above-captioned matter, and granting such other and further relief as the Court deems just and proper.

Dated: New York, New York            BOLATTI & ASSOCIATES
       January 4, 2015

                                  By:     s/ Silvia Bolatti
                                  Silvia Bolatti (SB-7786)
                                  70 Little West St., Ste. 7 A
                                  New York, New York 10004
                                  Direct: (212) 732-4929
                                  Fax.: (646) 417-7115
                                  bolatti@attglobal.net

                                  Attorney for Plaintiffs,
                                  Horacio Alberto Crespo

                                          Mirta Guadalupe Fornara  
                                          Maria Crespo  
                                          Maria L. Crespo